NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sam Vacanti,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Experian Information Solutions Incorporated,<br><br>　　　　　　Defendant. | No. CV-15-01352-PHX-JJT<br><br>**ORDER** |

UPON stipulation of the parties (Doc. 22), and good cause appearing,

IT IS ORDERED that the above-entitled matter is hereby dismissed with prejudice, the parties to bear their own costs and attorneys' fees.

IT IS FURTHER ORDERED vacating the Rule 16 Scheduling Conference set for December 21, 2015.

Dated this 3rd day of December, 2015.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Honorable John J. Tuchi
　　　　　　　　　　　　　　　　　　United States District Judge